Opinion approved by the Court.

## WRIGHT v. STATE.
### No. 26371.

Court of Criminal Appeals of Texas.
April 15, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

WOODLEY, Judge.

Appellant pleaded guilty before the court to the offense of driving a motor vehicle while intoxicated. His punishment was assessed at a fine of $50.

No statement of facts or bills of exception are found in the record. The proceedings appear to be regular.

The judgment is affirmed.